# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LOIS WALKER and<br>LARRY WALKER,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMERICAN RED CROSS,,<br><br>        Defendant. | No. C14-0077<br><br>ORDER REGARDING PRETRIAL DEADLINES |

This matter comes before the Court on the Joint Motion to Modify Scheduling Order and Discovery Plan (docket number 13) filed by the parties on December 11, 2014. Because they "wish to reserve time and costs associated with discovery and trial preparation for a brief period in order to focus their efforts on resolving their dispute," the parties ask that certain pretrial deadlines be extended.

First, the Court notes that the joint motion filed by the parties is factually incorrect. It states that the trial ready date established in the Scheduling Order is September 28, 2015. The fact is, the trial ready date is August 28, 2015. *See* docket number 9. The motion also states that "a specific trial date and accompanying pre-trial conference have not yet been determined in this case," citing docket number 10. The fact is, Chief Judge Reade's Order (docket number 10) clearly states that the trial will begin during the two week period beginning on September 28, 2015 and a final pretrial conference will be held before Chief Judge Reade on August 27, 2015 at 3:00 p.m.

The Court encourages the parties to discuss the possibility of settlement. To that end, the Court will extend the deadlines for disclosure of expert witnesses. The Court

further concludes, however, that the discovery deadline and dispositive motions deadline established in the Scheduling Order will not be extended.

## ORDER

IT IS THEREFORE ORDERED that the Joint Motion to Modify Scheduling Order (docket number 13) filed by the parties is **GRANTED in part** and **DENIED in part** as follows:

1. The deadline for disclosure of Plaintiffs' expert witnesses is **EXTENDED** to **January 5, 2015**.

2. The deadline for disclosure of Defendant's expert witnesses is **EXTENDED** to **March 5, 2015**.

3. The deadline for Plaintiffs to disclose their rebuttal experts, if any, is **EXTENDED** to **March 19, 2015**.

*The deadline for completion of discovery (April 3, 2015) and filing dispositive motions (April 24, 2015) remain unchanged.* **The parties are reminded that September 28, 2015 remains a firm trial date.**

DATED this 15th day of December, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA